| **Information to identify the case:** | |
|---|---|
| Debtor 1 John Ervin<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5595<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 Elizabeth Ervin<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2823<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | |
| Case number:  11–44603–KCF | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Ervin                                              Elizabeth Ervin

7/21/17                                                 **By the court:** Kathryn C. Ferguson
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-44603-KCF
John Ervin                                                                Chapter 13
Elizabeth Ervin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jul 21, 2017
                              Form ID: 3180W           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
```
db/jdb         +John Ervin,    Elizabeth Ervin,    621 Brielle Avenue,    Brielle, NJ 08730-1911
512584280       American Express,    Attn: Zwicker & Associates,    80 Minuteman Road,   Andover, MA 01810-1008
512584283      +American Honda Finance Corporation,    PO Box 1884,    Alpharetta, GA 30023-1884
512752483      +Bank of America, N.A., et al,    P.O. Box 660933,    Dallas, TX 75266-0933
512584294     ++CITIBANK,   PO BOX 790328,    ST LOUIS MO 63179-0328
               (address filed with court:   Home Depot Credit Services,    PO Box 653000,
                Dallas, TX 75265-3000)
512584289       Discover,    Attn: Weltman, Weisberg & Reis,    175 South 3rd St, Suite 900,
                Columbus, OH 43215-5166
515236176       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
512584291       GE Money Bank,    Attn; Zwicker & Associates,    80 Minuteman Road,   Andover, MA 01810-1008
512584295      +HSBC,   Attn: Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-0914
512584293       Home Depot Credit Services,    Attn:Client Services Inc,    3451 Harry S Truman Blvd,
                St. Charles, MO 63301-4047
512584297      +Morritts Tortuga Club,    PO Box 990,   Largo, FL 33779-0990
512838408      +Prober & Raphael, A Law Corporation,    20750 Ventura Blvd., Suite 100,
                Woodland Hills, CA 91364-6207
514892247       Residential Credit Solutions,    PO Box 163229,    Ft Worth, TX 76161-3229
514892248       Residential Credit Solutions,    PO Box 163229,    Ft Worth, TX 76161-3229,
                Residential Credit Solutions,    PO Box 163229,    Ft Worth, TX 76161-3229
512649308       Sallie Mae, Inc. on behalf of ECMC,    Lockbox 8682,    P.O. Box 75848,   St. Paul, MN 55175-0848
515280890       U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                Harrisburg, PA   17106-9184
512584300       US Dept of Education,    PO Box 5609,   Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2017 23:13:38      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2017 23:13:35     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
512644611       EDI: HNDA.COM Jul 21 2017 23:03:00      AMERICAN HONDA FINANCE CORPORATION,
                NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,    IRVING, TX 75016-8088
512584281       EDI: AMEREXPR.COM Jul 21 2017 23:03:00      American Express,   PO Box 1270,
                Newark, NJ 07101-1270
512691335       EDI: BECKLEE.COM Jul 21 2017 22:53:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                POB 3001,   Malvern PA 19355-0701
512584284       EDI: BANKAMER.COM Jul 21 2017 22:53:00      BAC Home Loans,   PO Box 5170,
                Simi Valley, CA 93062-5170
512584286       EDI: BANKAMER.COM Jul 21 2017 22:53:00      Bank of America,   PO Box 15019,
                Wilmington, DE 19886-5019
512674927       EDI: BANKAMER2.COM Jul 21 2017 23:03:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102
514761364      +EDI: BANKAMER.COM Jul 21 2017 22:53:00      BANK OF AMERICA, N.A.,    MAIL STOP: CA6-919-01-23,
                400 NATIONAL WAY,   SIMI VALLEY, CALIFORNIA 93065-6414
512862711      +EDI: BANKAMER.COM Jul 21 2017 22:53:00      Bank of America, N.A.,    Bankruptcy Department,
                P.O. Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
512840550      +EDI: OPHSUBSID.COM Jul 21 2017 23:03:00      Candica, LLC,   c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512584288       EDI: CHASE.COM Jul 21 2017 23:03:00      Chase,   PO Box 15153,    Wilmington DE 19886-5153
512689837       EDI: CHASE.COM Jul 21 2017 23:03:00      Chase Bank USA, N.A.,    PO Box 15145,
                Wilmington, DE 19850-5145
512584290       EDI: DISCOVER.COM Jul 21 2017 23:03:00      Discover,   PO Box 71084,   Charlotte, NC 28272-1084
512598638       EDI: DISCOVER.COM Jul 21 2017 23:03:00      Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
516121670       E-mail/Text: bankruptcy.bnc@ditech.com Jul 21 2017 23:13:20      Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD 57709-6154
516124465       E-mail/Text: bankruptcy.bnc@ditech.com Jul 21 2017 23:13:20      Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD 57709-6154,    Ditech Financial LLC,   PO Box 6154,
                Rapid City, SD 57709-6154
512584292      +EDI: RMSC.COM Jul 21 2017 22:53:00      GE Money Bank,   Bankruptcy Dept,   PO Box 103104,
                Roswell, GA 30076-9104
512584296      +EDI: HFC.COM Jul 21 2017 22:53:00      HSBC,   PO Box 17051,    Baltimore, MD 21297-1051
512874184       EDI: PRA.COM Jul 21 2017 23:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA 23541
512951975       EDI: PRA.COM Jul 21 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                POB 41067,   Norfolk VA 23541
512788821       EDI: PRA.COM Jul 21 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Union Trust,
                POB 41067,   Norfolk VA 23541
512584298       EDI: NAVIENTFKASMSERV.COM Jul 21 2017 23:03:00      Sallie Mae,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
512649797       EDI: NAVIENTFKASMGUAR.COM Jul 21 2017 23:03:00      Sallie Mae Inc. on behalf of USA FUNDS,
                Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
```

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Jul 21, 2017
                              Form ID: 3180W            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514329805        EDI: BL-TOYOTA.COM Jul 21 2017 23:03:00      TOYOTA MOTOR CREDIT CORPORATION,
                 C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
512584299        EDI: TFSR.COM Jul 21 2017 23:03:00      Toyota Motor Credit,   4 Gatehill Drive Ste 350,
                 Parsippany, NJ 07054-4522
512643430        EDI: TFSR.COM Jul 21 2017 23:03:00      Toyota Motor Credit Corporation,   PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512584282*       American Express,    PO Box 1270,   Newark, NJ 07101-1270
512584285*       BAC Home Loans,    PO Box 5170,   Simi Valley, CA 93062-5170
512584287*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019)
516124464*       Ditech Financial LLC,    PO Box 6154,   Rapid City, SD 57709-6154
                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-16,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-16 bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Elizabeth   Ervin cerbonelawfirm@aol.com
              James J. Cerbone    on behalf of Debtor John   Ervin cerbonelawfirm@aol.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-16,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-16 jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6
```